# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT G. BURCHILL,** : | CIVIL ACTION |
| Appellant, : | |
| : | No. 13-3548 |
| v. : | |
| : | Bankruptcy No. 12-20061 |
| **WELLS FARGO BANK, N.A.,** : | |
| Appellee. : | |

## O R D E R

**AND NOW**, this 20th day of March, 2014, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that decision of the Bankruptcy Court is **AFFIRMED** and the appeal is **DENIED**.

The Clerk of Court is directed to **CLOSE** this case for statistical purposes.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.